LOURDES G. BAIRD
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
HUGH W. BLANCHARD
ASSISTANT UNITED STATES ATTORNEY
    312 NORTH SPRING STREET
    LOS ANGELES, CA. 90012
    213-894-2470
Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>     v.<br><br>IRVIN JARVIS,<br>        Defendant. | COURT NO: CV 91A10761<br><br>DEFAULT JUDGMENT |

    In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

    IT IS ADJUDGED that the United States of America, plaintiff, do have an recover of and from IRVIN JARVIS, the sum of $1,000.00 as principal, $524.35 as accrued prejudgment interest, $227.00 administrative charges, a surcharge of $159.31, and $27.80 costs for a total amount of $1,938.46, plus interest at the current rate until entry of judgment.

    Judgment to accrue interest at the legal rate until paid.

DATED: DEC - 4 1991

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

By: _____
    Deputy Clerk

CERTIFICATE OF MAILING

I LETICIA MEDINA, declare:

That I am a citizen of the United States and resident or employed in LOS ANGELES county, CA; that my business address is UNITED STATES ATTORNEY'S OFFICE, 312 NORTH SPRING STREET LOS ANGELES, 90012; that I am over the age of 18 years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service of mail described in this Certificate was made; that I deposited in the United States mail, in the above-entitled action, in an envelope bearing the requisite postage, a copy of JUDGMENT and BILL OF COSTS addressed to :

> IRVIN JARVIS
> 1533 GRAMERCY PL #202
> LOS ANGELES, CA  90019

at his/her/their last known address, at which place there is a delivery service by the United States mail.

This certificate is executed on DEC - 4 1991, at LOS ANGELES, CA.

I certify under penalty of perjury that the foregoing is true and correct.

LETICIA MEDINA